JOSEPH DICKERSON, PROSECUTOR, v. JOSEPH ALTMAN, RECORDER OF ATLANTIC CITY, RESPONDENT.

Argued May 1, 1934—Decided August 13, 1934.

Before Justices TRENCHARD, HEHER and PERSKIE.

For the prosecutor, *Samuel Morris.*

For the respondent, *Anthony J. Siracusa.*

PER CURIAM.

By his writ of *certiorari* the prosecutor thereof sought to review an alleged conviction of the prosecutor by the recorder of Atlantic City on the charge of selling and/or delivering coal in an amount exceeding one hundred pounds, such sale and/or delivery not being accompanied by a delivery ticket, contrary to the provisions of *Pamph. L.* 1932, *ch.* 60, as amended by *Pamph. L.* 1933, *ch.* 215.

Our examination of the record in this case shows that there is nothing before us for review. The record does not show any conviction of the prosecutor. It shows nothing more than the writ of *certiorari* and the complaint together with the affidavit made by the prosecutor in obtaining the writ of *certiorari,* and what purports to be the testimony. True the affidavit gives the prosecutor's version of the action taken by the recorder; but we repeat, there is nothing in the record showing a conviction.

The writ of *certiorari* will be dismissed, with costs.